UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| NICOLE WISCAVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00209-MPB-CSW |
| | ) | |
| INDIANA DEPARTMENT OF CHILD SERVICES, | ) | |
| DUBOIS COUNTY, | ) | |
| STATE OF INDIANA, | ) | |
| DANIEL R. WILKINSON Deputy Prosecuting Attorney, | ) | |
| JOSHUA GREENER Detective, | ) | |
| LIBBY STINSON SWICACC, | ) | |
| JASON HOCH Attorney Indiana DCS, | ) | |
| JENNIFER DONIHUE DCS, | ) | |
| SHANNON L. BLAIZE DCS, | ) | |
| WENDY MURRAY CASA, | ) | |
| FRANCES MCDONALD Ireland Rain Tree, | ) | |
| DUBOIS COUNTY CASA, | ) | |
| IRELAND RAIN TREE, | ) | |
| TONETTE CRITE DCS, | ) | |
| CHRISTINA MARIN DCS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Now before the Court is Plaintiff's *Motion For Extension Of Time To Serve Defendants* (Dkt. 12). The Court, finding good cause, hereby **GRANTS** the *Motion* to the extent that the Court acknowledges Plaintiff's filing of her Affidavit of Service (Dkt. 16). Plaintiff's deadline to complete service of process is extended 60 days from the date of the entry of this order, up to and including **March 21, 2026.**

**SO ORDERED.**

Date: January 21, 2026

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:
**NICOLE WISCAVER**
410 Rumbach Ave.
Jasper, IN 47546
PRO SE

Distributed electronically via ECF to counsel of record.